UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 00329-BR |
| v. | INFORMATION |
| JEFFREE CHEYENNE CARY*, | 18 U.S.C. § 111(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a))

On or about July 27, 2020, in the District of Oregon, defendant **JEFFREE CHEYENNE CARY***, did forcibly assault, impede, and interfere with Agent Victim 1 (AV1), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of AV1's official duties.

In violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor.

Dated: August 11, 2020.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

*Defendant's true name, amended by interlineation on 8/26/20 by Magistrate Judge Youlee Yim You.