**KRISTA SHIPSEY, OSB #943850**
The Law Office of Krista Shipsey
521 SW Clay
Portland, Oregon 97201
Office Phone: (503) 265-8119
Facsimile: (503) 226-1321
Email: shipsey@kshipseylaw.com

ATTORNEY FOR JEFFREE CHEYENNE CARY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>vs.<br><br>JEFFREE CHEYENNE CARY,<br>    DEFENDANT, | No. 3:20−cr−00329−BR<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

    I, Krista Shipsey, declare that the following statements are true to the best of my knowledge, information and belief:

    1. On August 5, 2020, I was appointed counsel to this case by the Honorable Youlee Yim You, United States Magistrate Judge.

    2. This is defendant's first request for a continuance.

    3. I have consulted with AUSA Ashley Cadotte. She does not object to this continuance.

    4. I have fully advised Mr. Cary of his rights as set forth in 18 U.S.C. § 3161 (The Speedy Trial Act). Mr. Cary consents to the continuance to a date set by the court.

5. The parties are continuing with negotiations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

RESPECTFULLY SUBMITTED this 15th day of October, 2020.

                                           */s/ Krista Shipsey*
                                           Krista Shipsey, OSB #943850
                                           Attorney for Defendant

Page 2 - DECLARATION IN SUPPORT OF DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Krista Shipsey
The Law Office of Krista Shipsey
521 SW Clay
Portland, Oregon  97201
503 265-8119  FAX 503-226-1321
shipsey@kshipseylaw.com