BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00329-BR** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **JEFFREE CHEYENNE CARY,** | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice.  Defendant has completed the requirements for the deferred resolution agreement.

Dated: January 21, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


 /s/ Ashley R. Cadotte
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                                    **Page 1**