UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00329-BR |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| JEFFREE CHEYENNE CARY, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice, and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Jeffree Cheyenne Cary, in the above-captioned case, filed on August 11, 2020 be DISMISSED with prejudice.

Dated: January 21, 2021

/s/ Anna J. Brown
_____
HONORABLE ANNA J. BROWN
United States Senior District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney


 _/s/ Ashley R. Cadotte_____
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney